**FILED**

05/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0747

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0747

_____

IN RE THE MARRIAGE OF:

CHRISTOPHER NUCKOLLS,

     Petitioner and Appellant,

  and

O R D E R

NANCY NUCKOLLS,

     Respondent and Appellee.

_____

Appellant Christopher Nuckolls was granted an extension of time to file and serve the opening brief on or before May 1, 2023. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than June 1, 2023. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties in this appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 4 2023